# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

July 31, 2002

*Before*

Hon.  WILLIAM J. BAUER, *Circuit Judge*

Hon.  RICHARD A. POSNER, *Circuit Judge*

Hon.  MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| CIGNA HEALTHCARE OF ST. LOUIS, INCORPORATED, CIGNA HEALTHCARE OF TEXAS, INCORPORATED, and CIGNA CORPORATION, Plaintiffs-Appellants, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| No. 02-1278　　　　　　v. | No. 01 C 5130 |
| TIMOTHY N. KAISER, M.D., In his capacity as class representative in a class action filed in the Circuit Court, 3d Judicial Circuit, Madison County, Illinois, MIDWEST NEOPAD ASSOCIATES, LIMITED, NORTHWESTERN MEMORIAL HOSPITAL, et al., Defendants-Appellees. | Ruben  Castillo, 　　Judge. |

The following are before the court:

1.　**DEFENDANTS-APPELLEES' MOTION FOR ISSUANCE OF CORRECTED OPINION**, filed on July 9, 2002, by counsel for appellees.

2.　**APPELLANTS' RESPONSE TO APPELLEES' MOTION FOR ISSUANCE OF CORRECTED OPINION,** filed on July 26, 2002, by counsel for appellants.

　　**IT IS ORDERED** that the **APPELLEES' MOTION FOR ISSUANCE OF CORRECTED OPINION** is **GRANTED**.  The Court amends its opinion dated

June 21, 2002, to the extent that the phrase "*including one of the named plaintiffs*" on page 10 of the slip opinion is deleted, so that the sentence shall read as follows:

> We are not certain that he will; his actions in certifying a class even though many of its members were basing their claims on contracts containing arbitration clauses, in allowing discovery on the merits to proceed before ruling on arbitrability, and in delaying as long as he has ruling on that question (CIGNA moved the state judge for an order to arbitrate in July 2001, almost a year ago), do make us wonder whether federal arbitration rights may not be a second-order concern for him.